JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE VILLALOBOS, on behalf of herself and all others similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>ALTERRA GROUP, LLC, a Nevada Limited Liability Company dba ALTERRA HOME LOANS; and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 19-CV-06783-SVW-RAO<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL** |

Having reviewed the Joint Stipulation for Dismissal of Action Without Prejudice, and good cause appearing, the Court ORDERS, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

1. All individual claims of Plaintiff Jacqueline Villalobos against Defendant Panorama Mortgage Group, LLC (formerly known as Alterra Group, LLC dba Alterra Home Loans) are dismissed in their entirety without prejudice.

2. All putative class claims against Defendant Panorama Mortgage Group, LLC (formerly known as Alterra Group, LLC dba Alterra Home Loans) are dismissed in their entirety without prejudice.

3. Notice of dismissal is not required to be provided to the putative class.

4. Each Party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: September 25, 2019

Honorable Stephen V. Wilson
United States District Judge